IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRICIA J. ZIMMERMAN, | : | |
| Plaintiff, | : | |
| v. | : | Case No.  2:15-cv-3115 |
| JENNIFER KNIGHT, et. al., | : | Judge Watson |
| Defendants. | : | Magistrate Judge Deavers |
| | | |
| JEFFREY LAZAR, | : | |
| Plaintiff, | : | |
| v. | | Case No. 2:16-cv-195 |
| JENNIFER KNIGHT, et. al., | : | Judge Watson |
| Defendants. | | Magistrate Judge Deavers |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please take notice that Pamela J. Gordon (0030794), Assistant City Attorney, hereby enters her appearance as counsel in substitution of Wendy S. Kane (0064857), Assistant City Attorney, in the above captioned case. Cynthia L. Peterson (0065133), Assistant City Attorney, previously co-counsel, hereby enters her notice of appearance as lead counsel for Defendants City of Columbus, Lt. Bela Berhardt, Sgt. David Harrington, Sgt. Jack King, Jr., Sgt. Jeffrey Shuttleworth, Cmdr. Jennifer Knight, Cmdr. Mark Lang, Lt. Roderick Wittich, and Deputy Chief Thomas Quinlan.

Respectfully submitted,

**CITY OF COLUMBUS, DEPARTMENT OF LAW
ZACH KLEIN, CITY ATTORNEY**

 /s/  Pamela J. Gordon
Pamela J. Gordon (0030794)
Cynthia Peterson (0065133)
Assistant City Attorneys
77 North Front Street, 4th Floor
Columbus, Ohio 43215
(614) 645-7385
pjgordon@columbus.gov
clpeterson@columbus.gov
Attorneys for Defendants

### CERTIFICATE OF SERVICE

This will certify that a copy of the foregoing Notice of Substitution of Counsel was sent by electronic and regular U.S. Mail to John C. Camillus, counsel for Plaintiff, at jcamillus@camilluslaw.com and Law Offices of John Camillus, P.O. 141410, Columbus, Ohio 43214 and to Zachary Swisher, counsel for Plaintiff, at zach@law153group.com and Sybert, Rhoad, Lackey & Swisher, LLC, 153 South Liberty Street, Powell, Ohio 43065 this 9th day of March 2018.

 /s/  Pamela J.Gordon
Pamela J. Gordon
Assistant City Attorney